872

No. 00–10669. BERNAL MENDOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–10670. QUESADA-MOSQUERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–10671. FACUNDO v. HOLDER, WARDEN, ET AL.; FACUNDO v. UNITED STATES PAROLE COMMISSION; and FACUNDO v. DRUG ENFORCEMENT ADMINISTRATIVE AGENCY. C. A. 2d Cir. Certiorari denied.

No. 00–10672. DIJULIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–10673. ANDRESON v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10674. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–10675. SMITH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 00–10676. SIMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10677. McCOY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 00–10678. POLSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10679. ARIAS-CASTRO, AKA DIAZ-GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–10680. AVERY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. 

No. 00–10681. SUAREZ-MORALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–10682. DEAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.